IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | ) | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MERCEDES NUNEZ, | ) | Case No. 2:15-bk-02776-PS |
| | ) | |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | PAUL SALA |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Synchrony Bank (Sam's Club®PersonalCredit [Last four digit of account:2027]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Synchrony Bank
    c/o Recovery Management Systems Corporation
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
July 14, 2015

                                  By: /s/ Ramesh Singh

                                  Ramesh Singh
                                  c/o Recovery Management Systems
                                  Corporation
                                  Financial Controller
                                  25 SE 2nd Avenue, Suite 1120
                                  Miami, FL 33131-1605
                                  (305) 379-7674

Assignee Creditor: Sam's Club®PersonalCredit [Last four digit of account:2027]